UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dana Nessel,

                Plaintiff(s),                              Case No.  23-cv-12489

v.                                                Honorable  Bernard A. Friedman

Pedernales Cellars LLC,                      Magistrate Judge  Anthony P. Patti

                Defendant(s).

                                      /

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date:  October 4, 2023                              s/Bernard A. Friedman
                                                  Bernard A. Friedman
                                                  U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Judith E. Levy          .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  October 4, 2023                              s/ S Schoenherr
                                                    Deputy Clerk