UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANA NESSEL, Attorney General of
the State of Michigan,

        Plaintiff,

v.

PEDERNALES CELLARS, LLC,

        Defendant.

No. 23-cv-12489

HON. JUDITH E. LEVY

Kellie L. McGuire (P85058)
Melinda A. Leonard (P63638)
Assistant Attorneys General
Alcohol & Gambling Enf. Div.
25680 W. 8 Mile Road
Southfield, MI  48033
(313) 456-1180
Mcguirek4@michigan.gov
_____/

## CERTIFICATE OF MAILING

I certify that on December 13, 2023, I sent the Consent Decree and Final Judgment entered by the court to Defendant's attorney, Michael J. Brown, Esq., at 6017 W. St. Joe Hwy., Ste 202, Lansing, MI 48917 via first class mail.

        /s/ Jennifer Marty
        Jennifer Marty

Dated:  December 14, 2023